# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**MARION HESTER,**

          **Plaintiff,**

**-vs-**　　　　　　　　　　　　　　　　　　　　　　**Case No. 6:05-cv-1854-Orl-31JGG**

**COMMISSIONER OF SOCIAL SECURITY,**

          **Defendant.**

_____

## ORDER

This cause comes before the Court on Consent Motion to Remand Pursuant to Sentence 4 (Doc. No. 17) filed August 31, 2006.

On September 6, 2006, the United States Magistrate Judge issued a report (Doc. No. 18) recommending that the motion be granted. No objections have been filed. Therefore, it is

**ORDERED** as follows:

    1.    The Report and Recommendation is **CONFIRMED** and **ADOPTED** as part of this Order.

    2.    The Consent Motion to Remand Pursuant to Sentence 4 is **GRANTED**.

    3.    The clerk is directed to enter Judgment reversing the decision of the Commissioner and remanding for proceedings consistent with the Report and Recommendation. The Clerk is directed to close the file.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on 27th day of September, 2006.

Copies furnished to:
Counsel of Record
Unrepresented Party

_____
GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE